ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107
Phone: (702) 628-9888
Fax: (702) 960-4118
E-Mail: abrasier@lvattorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA MESSINA, an individual, | CASE NO.: 2:17-cv-00274-KJD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER TO EXTEND DISCOVERY DEADLINES** |
| ALBERTSONS LLC., DOES I through V and ROE BUSINESS ENTITIES I through V, inclusive, | **(THIRD REQUEST)** |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 26-4, the parties, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for discovery in the above-captioned matter for sixty (60) days, or up to and including March 19, 2018.

**DISCOVERY COMPLETED**:

- 26(a)(1) disclosures and supplements thereto were made by Plaintiff.
- 26(a)(1) disclosures and supplements thereto were made by Defendant.
- Written discovery was propounded upon Plaintiff and answered by Plaintiff.
- Written discovery was propounded upon Defendant and answered by Defendant.
- The deposition of Plaintiff was taken.
- Initial and rebuttal expert disclsoures were made by Plaitniff.
- Initial expert disclosures were made by Defendant.

**REMAINING DISCOVERY TO BE COMPLETED**:

- Deposition of Dr. William Muir (current set for January 4, 2018);
- Deposition of Randy DiCarlo (currently set for January 9, 2018);
- Deposition of Dr. Suresh Prabhu (currently set for January 9, 2018);
- Deposition of Dr. Hans-Jorg Rosler (currently set for January 9, 2018);
- Deposition of Jerry Birnbach (currently set for January 15, 2018 – needs to be rescheduled in February);
- Deposition of Dr. Thomas Carroll;
- Deposition of Dr. Stephen Rothman;
- Deposition of Daniel Grant; and
- Deposition of Dr. Anthony Serfustini.

**REASONS WHY EXTENSION REQUESTED**:

Despite the good faith efforts of the parties to comply with the Court's discovery deadlines, both parties have been unable to complete necessary depositions prior to the current discovery deadline based on scheduling conflicts with counsel and the various witnesses. The parties had difficulty scheduling depositions during the holiday season — initial experts were disclosed during Thanksgiving week and rebuttal experts were disclosed the week before Christmas. Further, Plaintiff's liability expert, Jerry Birnbach, is out of the country from January 3 -22, 2018.

Based on foregoing, good cause exists to extend the discovery deadline to allow the parties to take these outstanding depositions.

**PROPSED SCHEDULE FOR REMAINING DEADLINES**:

The following is a list of the current deadlines and the parties' proposed extended deadlines:

|  | Current | Proposed |
| --- | --- | --- |
| Discovery Cut-Off | 1/19/2018 | 3/19/2018 |
| Expert Disclosure | 11/20/2017 | closed |
| Rebuttal Disclosures | 12/19/2017 | closed |

| | | |
|---|---|---|
| Interim Status Report | 11/20/17 | closed |
| Dispositive Motions | 2/19/2018 | 4/19/2018 |
| Pre-Trial Order | 3/20/18 | 5/21/2018 |

Wherefore, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of January 19, 2018, up to an including March 19, 2018, and the other discovery dates as outlined in accordance with the list above.

DATED THIS 27th day of December, 2017.

**HICKS & BRASIER, PLLC**

\_\_\_/s/ Alison Brasier, Esq._____
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Vincent J. Aiello, Esq.
Greenspoon Marder
3993 Howard Hughes Parkway Ste. 400
Las Vegas, Nevada 89169

DATED THIS 27th day of December, 2017.

**BACKUS CARRANZA & BURDEN**

\_\_\_/s/ Jack Burden, Esq._____
Jack Burden, Esq.
Nevada Bar No. 6918
3050 S. Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED December 29, 2017

_____
UNITED STATES MAGISTRATE JUDGE