Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5555
jburden@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA MESSINA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a Foreign Corporation; DOES I – X; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00274-KJD-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S CLAIM FOR DAMAGES (ECF NO. 35)** |

Plaintiff Victoria Messina ("Plaintiff") and Defendant Albertson's LLC ("Defendant"), by and through their respective counsel of record, hereby respectfully submit this stipulation and proposed order to continue the hearing on Defendant's Motion in Limine to Exclude Plaintiff's Claim for Damages (ECF No. 35) which is currently set for May 29, 2018, at 2:00 p.m.

## STIPULATION

1. On March 23, 2018, Defendant filed a Motion in Limine to Exclude Plaintiff's Claim for Damages (ECF No. 35) (the "Motion").

2. On April 9, 2018, Plaintiff filed an Opposition to the Motion (ECF No. 37).

3. On April 25, 2018, the Court issued a Minute Order (ECF No. 39) stating that the Motion will be construed as a motion for sanctions and allowing Defendant to file a reply in support of the Motion.

4. On May 2, 2018, Defendant filed a Reply in support of the Motion (ECF No. 40).

5. On May 7, 2018, the Court issued a Minute Order (ECF No. 41) setting a hearing on the Motion for May 29, 2018, at 2:00 p.m.

6. Counsel for the parties have a scheduling conflict with the current hearing date.

7. As such, the parties hereby stipulate and request that the hearing on the Motion be continued to May 30, 2018, at 3:00 p.m.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: this 8th day of May, 2018. | DATED: this 8th day of May, 2018. |
| **GREENSPOON MARDER, P.A.** | **BACKUS, CARRANZA & BURDEN** |
| By: /s/ Vincent J. Aiello<br>Vincent J. Aiello, Esq.<br>Nevada Bar No. 7970<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiff* | By: /s/ Jack P. Burden<br>Jack P. Burden, Esq.<br>Nevada Bar No. 6918<br>3050 South Durango Drive<br>Las Vegas, NV 89117<br>*Attorneys for Defendant* |

DATED: this 8th day of May, 2018.

**HICKS & BRASIER, PLLC**

By: /s/ Alison M. Brasier
Alison M. Brasier, Esq.
Nevada Bar No. 10522
4101 Meadows Lane, Suite 210
Las Vegas, NV 89107
*Attorneys for Plaintiff*

## ORDER

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Defendant's Motion in Limine to Exclude Plaintiff's Claim for Damages (ECF No. 35) shall be continued to May 30, 2018, at 3:00 p.m.

IT IS SO ORDERED.

DATED: May 17, 2018

_____
UNITED STATES MAGISTRATE JUDGE