ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107
Phone: (702) 628-9888
Fax: (702) 960-4118
E-Mail: abrasier@lvattorneys.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA MESSINA, an individual, | CASE NO.: 2:17-cv-00274-KJD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER TO EXTEND DATE FOR JOINT PRE-TRIAL ORDER** |
| ALBERTSONS LLC., DOES I through V and ROE BUSINESS ENTITIES I through V, inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for the Joint Pre-Trial Order from May 21, 2018 to June 4, 2018.

**STIPULATION**:

- On December 29, 2017, the Court issued a Joint Pre-Trial Order setting May 21, 2018 as the Joint Pre-Trial Order deadline in this case. (ECF #34)

- On March 23, 2018, Defendant filed a Motion in Limine seeking to exclude Plaintiff's medical damages. (ECF #35) The hearing on this Motion is set for May 30, 2018. (ECF #43).

- The Court's ruling on Defendant's Motion has the potential to greatly impact Plaintiff's damages presented at trial and both parties' trial strategies and need for pre-trial motions — and, thus, has the potential to impact the Joint Pre-Trial Order.

- In light of the potential effects of the May 30, 2018 hearing, the parties request that the

1

Joint Pre-Trial Order deadline be moved from May 21, 2018 to June 4, 2018 so that the Joint Pre-Trial Order will accurately reflect the state of the case and trial and will not need to be updated or amended, as the Court will have ruled on Defendant's Motion.

DATED THIS 17th day of May, 2018.

**HICKS & BRASIER, PLLC**

\_\_\_/s/ Alison Brasier, Esq._____
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Vincent J. Aiello, Esq.
Greenspoon Marder
3993 Howard Hughes Parkway Ste. 400
Las Vegas, Nevada 89169

DATED THIS 17th day of May, 2018.

**BACKUS CARRANZA & BURDEN**

\_\_\_/s/ Jack Burden, Esq._____
Jack Burden, Esq.
Nevada Bar No. 6918
3050 S. Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

### ORDER

IT IS SO ORDERED.

DATED May 18, 2018

_____
UNITED STATES MAGISTRATE JUDGE