ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107
Phone: (702) 628-9888
Fax:  (702) 960-4118
E-Mail: abrasier@lvattorneys.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA MESSINA, an individual, | CASE NO.:  2:17-cv-00274-KJD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER TO EXTEND DATE FOR JOINT PRE-TRIAL ORDER** |
| ALBERTSONS LLC., DOES I through V and ROE BUSINESS ENTITIES I through V, inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for the Joint Pre-Trial Order, current set for June 4, 2018.

**STIPULATION**:

- On May 17, 2018, the parties stipulated to extend the date for the Joint Pre Trial Order in this matter to June 4, 2018, in light of Defendant's then-pending Motion in Limine seeking to exclude Plaintiff's medical damages.  (ECF #35, ECF #44)

- On May 18, 2018, the Court issued an Order granting the parties' stipulation to extend the date for the Joint Pre Trial Order.  (ECF #45)

- On May 30, 2018, the Court held a hearing on Defendant's Motion in Limine (ECF #35) and ordered that Plaintiff shall be precluded from offering special damages at trial, but shall be allowed to proceed with her general damages claims.  (ECF #46)

- On June 1, 2018, counsel for the parties met to discuss the Joint Pre Trial Order.

1

During that meeting counsel agreed to submit this matter to a Mandatory Settlement Conference (A separate Stipulation and Proposed Order regarding the settlement conference is being concurrently submitted.)

- In light of the potential for this matter to be resolved at a future Mandatory Settlement Conference, the parties request that the Joint Pre-Trial Order deadline be moved from June 4, 2018 to two (2) weeks following the future Mandatory Settlement Conference — to avoid the parties and the Court spending unnecessary time and resources on this case that may potentially resolve in the near future.

/ / /

/ / /

/ / /



- A trial date has not yet been issued in this matter.

DATED THIS 4th day of June, 2018.

**HICKS & BRASIER, PLLC**

   /s/ Alison Brasier, Esq.
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Vincent J. Aiello, Esq.
Greenspoon Marder
3993 Howard Hughes Parkway Ste. 400
Las Vegas, Nevada 89169

DATED THIS 4th day of June, 2018.

**BACKUS CARRANZA & BURDEN**

   /s/ Jack Burden, Esq.
Jack Burden, Esq.
Nevada Bar No. 6918
3050 S. Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

DATED this 12 day of June, 2018

_____
UNITED STATES MAGISTRATE JUDGE